## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MONDAY ODUIMOH, | : | CASE NO. 1:20-cv-00469 |
| | : | |
| Plaintiff, | : | JUDGE COLE |
| | : | |
| v. | : | |
| | : | |
| VILLAGE OF ELMWOOD PLACE, *et al.*, | : | **JOINT STIPULATION OF DISMISSAL,** |
| | : | **WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monday Oduimoh ("Plaintiff"), Defendant Village of Elmwood Place and Defendant Robert McConnell hereby stipulate to the dismissal of Plaintiff's claims with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/Bradley Gibson per 6/30 e-mail auth.*
Bradley M. Gibson (0087109)
Finney Law Firm, LLC
1077 Celestial Street, Suite 10
Cincinnati, OH 45202
Telephone: (513) 943-6661
Facsimile: (513) 943-6669
Email: brad@finneylawfirm.com

Richard Ganulin (0025642)
3662 Kendall Avenue
Cincinnati, OH 45208
Telephone: (513) 405-6696
Email: rganulin@gmail.com

***Attorneys for Plaintiff***

*/s/David B. Shaver*
Jeffrey C. Turner (0063154)
David B. Shaver (0085101)
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970 (fax)
jturner@sdtlawyers.com
dshaver@sdtlawyers.com
*Counsel for Defendant Village of Elmwood Place*

*/s/Katherine Barbiere per 6/30 e-mail auth.*
Lawrence E. Barbiere (0027106)
Katherine L. Barbiere (0089501)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Road
Mason, Ohio 45040
T. 513-583-4200 | F. 513-583-4203
lbarbiere@smbplaw.com
kbarbiere@smbplaw.com
***Attorneys for Defendant Robert McConnell***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Joint Stipulation of Dismissal, With Prejudice was filed and served on this 1st day of July, 2021, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record.


*/s/David B. Shaver*_____
David B. Shaver (0085101)